IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ALAN D. MEEKINS,
    *Pro se* Petitioner,

v.                                               Civil No. 3:19cv501 (DJN)

LAKEVIEW LOAN SERVICING, LLC,
*et al.*,
    Respondents.

## ORDER

This matter comes before the Court on Petitioner's Motion to Confirm Arbitration. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Petitioner's Motion to Confirm Arbitration Award (ECF No. 1) is hereby DENIED WITH PREJUDICE and the arbitration award is hereby VACATED;

2. Respondents Lakeview Loan Servicing, LLC's ("Lakeview") and Loancare, LLC's ("Loancare") (collectively, "Counterclaimants") Motion for Preliminary Injunction (ECF No. 13) and Amended Motion for Preliminary Injunction (ECF No. 18) are hereby DENIED AS MOOT;

3. Petitioner's Motion to Supplement the Record (ECF No. 15) is hereby GRANTED;

4. Counterclaimants' Counterclaim (ECF No. 12) and Amended Counterclaim (ECF No. 17) are hereby DISMISSED WITHOUT PREJUDICE;

5. Petitioner's Motion to Strike Counterclaim Defendants' Preliminary Injunctions and Declaratory Judgment (ECF No. 23) is hereby DENIED AS MOOT;

6. Counterclaimants' Request for Entry of Default (ECF No. 28) is hereby DENIED;

7. Respondent RoundPoint Mortgage Servicing Corporation's Motion for Sanctions (ECF No. 24) is hereby taken under advisement. Petitioner shall have fourteen (14) days to show cause as to why the Court should not impose sanctions on him in accordance with the instructions set forth in the accompanying Memorandum Opinion. **THE COURT HEREBY NOTIFIES PETITIONER THAT FAILURE TO RESPOND TO THE SHOW CAUSE ORDER WILL RESULT IN THE COURT AWARDING ATTORNEY'S FEES TO RESPONDENTS.**

Let the Clerk file a copy of this Order electronically, notify all counsel of record, and send a copy of this Order to *pro se* Petitioner at his address of record. The Clerk shall certify on the docket when this Order has been mailed.

It is so ORDERED.

### NOTICE TO PETITIONER

**To the extent that Petitioner believes that he has grounds to appeal this decision, Petitioner must file written notice of appeal with the Clerk of the Court within thirty (30) days of the entry of this Order. Failure to file a timely appeal may result in the loss of the right to appeal.**

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: December 30, 2019